**TRADING TECHNOLOGIES INTERNATIONAL, INC.,**
Plaintiff–Appellant,

v.

**OPEN E CRY, LLC and Optionsxpress Holdings, Inc., Defendants–Appellees,**

and

**Tradestation Securities, Inc. and Tradestation Group, Inc., Defendants–Appellees,**

and

**IBG, LLC, Thinkorswim Group, Inc., TD Ameritrade, Inc., TD Ameritrade Holding Corp., and Interactive Brokers, LLC, Defendants–Appellees,**

and

**CQG, Inc. and CQGT, LLC, Defendants–Appellees,**

and

**Furturepath Trading, LLC, Sunguard Data Systems, Inc., Sungard Investment Ventures LLC, and GL Trade Americas, Inc., Defendants–Appellees,**

and

**Stellar Trading Systems, Ltd. and Stellar Trading Sytems, Inc., Defendants–Appellees,**

and

**Espeed Markets, LP, BCG Captial Markets, LP, and Eccoware, Ltd., Defendants–Appellees,**

and

**Rosenthal Collins Group, LLC, Defendant.**

No. 2012–1583.

United States Court of Appeals, Federal Circuit.

Dec. 21, 2012.

**ORDER**

Upon consideration of Trading Technologies International, Inc.'s ("Trading Technologies") unopposed motion for a 30–day extension of time, until March 4, 2013, to file its reply brief,

IT IS ORDERED THAT:

The motion is granted. Trading Technologies's reply brief is due no later than March 4, 2013.